AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| UNITED STATES OF AMERICA | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 3:24-cr-00036-REP |
| Daniel Thomas | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Daniel Thomas

Date:   03/07/2024

*Attorney's signature*

Rammy Barbari Bar No. 88414
*Printed name and bar number*
Price Benowitz LLP
409 7th Street NW Suite 200
Washington D.C. 20004

*Address*

rammy@pricebenowitz.com
*E-mail address*

(202) 870-0139
*Telephone number*

(202) 664-1331
*FAX number*