AO83   (Rev. 08/2010)   Summons in a Criminal Case

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF VIRGINIA
## RICHMOND DIVISION

### SUMMONS IN A CRIMINAL CASE

**UNITED STATES OF AMERICA**
v.                                                                                   Case. No.  3:24CR036
**DANIEL THOMAS**
*(please see additional page for personal identifiers)*

**YOU ARE HEREBY SUMMONED** to appear before the United States District Court at the place, date and time set forth below.

| | |
|---|---|
| **PLACE:** **UNITED STATES DISTRICT COURT**<br>701 EAST BROAD STREET<br>RICHMOND, VIRGINIA 23219 | COURTROOM:<br>**5400**<br><br>DATE & TIME:<br>**4/9/2024 @ 2:30 P.M.** |

Before: The Honorable Summer L. Speight

To answer a(n):

☐ Indictment   ☐ Superseding Indictment   ☒ Criminal Information   ☐ Complaint
☐ Order of Court   ☐ Sealed Order of Court
☐ Petition on Supervised Release   ☐ Petition on Probation
☐ Violation of Pretrial Release   ☐ Violation Notice

Charging you with a violation of: See Attached Criminal Information.
Brief description of offense:         See Attached Criminal Information.

**YOU ARE ALSO SUMMONED TO APPEAR** for a bond/plea hearing before the Honorable Summer L. Speight on April 9, 2024, at 2:30 P.M., in Courtroom No. 5400.

<u>UPON RECEIPT OF THIS SUMMONS, YOU ARE REQUIRED TO CONTACT:
UNITED STATES PRETRIAL SERVICES
Suite 1150
701 East Broad Street
Richmond, Virginia 23219
(804) 916-2800</u>

**FILE COPY**                                                                                           3/11/2024

_____                                      _____
Signature of Issuing Officer                                                                      Date

J. Jones, Deputy Clerk
Name and Title of Issuing Officer